UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-



| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:08-mj-114-GWF |
| vs. | **ORDER QUASHING WARRANT** |
| MILO E. BALLARD, | |
| Defendant. | |

On August 2, 2019, the United States Marshal Service contacted the Court advising that they have contacted the defendant who resides in Anaheim, California.

On July 10, 2018, the Deputy U.S. Marshal visited the care center and located the defendant. They discovered the defendant had suffered a stroke last year and that he was currently bed ridden at the medical facility. The defendant has been a patient at the facility for over a year. The defendant is unable to recognize or comprehend the Deputy U.S. Marshal commands while visiting him at the home. After speaking to the Director of care facility, the Deputy U.S. Marshal determined that the defendant was not in a good shape to travel anywhere. The medical conditions and equipment's that would be required for his transportation would be too extensive and costly.

**IT IS HEREBY ORDERED** that the warrant issued by the Court on March 28, 2008 is **QUASHED**.

DATED this 2nd day of August 2019.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

